UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DAVID LEWISBEY,

Plaintiff,

v. No. 1:24-CV-00026-H

MICHAEL D. CORUNJAL, *et al.*,

Defendants.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) that the Court dismiss most of Plaintiff's civil-rights claims but should permit two of his claims under the Religious Freedom Restoration Act (RFRA) to proceed to service of process. Dkt. No. 14. Specifically, the Magistrate Judge recommended that Plaintiff's claim against Defendants Warden Cully Stearns, Food Service Administrator Barnes, Chaplin S. Facchinello, Captain Herbert Walker, Special Investigative Services Technician E. Walker, and Health Services Administrator Hector Lozano for serving him pork, and his claim against Defendant Facchinello for preventing him from participating in the Night of Determination prayer should proceed. No party objected and the time to do so has passed.[1] The District Court independently examined the record and reviewed the findings, conclusions, and

[1] Plaintiff's objections, if any, were due by July 13, 2026. Plaintiff recently filed a motion for extension of time to comply with the Court's order that he pay the balance of his filing fee and register for e-filing. He did not expressly seek an extension of time to file objections to the FCR, but he did assert that he is "attempting to address the [FCR] and preserve his objections to the recommended dismissal of claims." Dkt. No. 16. The Court notes that Plaintiff's motion was filed 49 days after the deadline to object lapsed, and he offered no explanation or excuse for his delay. Thus, to the extent Plaintiff requests more time to file objections, his request is denied.

recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, the Court dismisses with prejudice Plaintiff's claims under *Bivens*,[2] the First Amendment, the Federal Tort Claims Act, and the Small Claims Act against all defendants as well as any other RFRA claims. The Court also dismisses with prejudice all claims against Defendant Michael D. Corunjal. The Court finds that there is no just reason for delay in entering a final judgment and final judgment should be entered as to the above-named defendants and claims under Federal Rule of Civil Procedure 54(b). The Court will enter judgment accordingly.

Finally, the Court finds that Plaintiff's RFRA claims against Defendants Stearns, Barnes, Facchinello, H. Walker, E. Walker, and Lozano for serving him pork, and against Defendant Facchinello for preventing him from participating in the Night of Determination prayer should proceed to service of process. But the Court will not direct service or enter an order requiring Defendants to answer the remaining claims until Plaintiff cures the outstanding filing-fee and e-filing deficiencies. *See* Dkt. No. 15.

Because Defendants Corunjal and Freshour have been dismissed from this case, the Clerk is directed to change the caption of this case to *David Lewsbey v. Cully Stearns, et. al.*, to reflect the remaining claims.

So ordered.

Dated September 1, 2026.

JAMES WESLEY HENDRIX
United States District Judge

[2] *See Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 397 (1971).